

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00284-CV

Ronald Dean **STRICKLAND**,
Appellant

v.

**IHEARTMEDIA**, Inc., and Stephen L. Schaefer
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDO-21-0000063
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we affirm the trial court's order. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED January 11, 2023.

_____
Patricia O. Alvarez, Justice